UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| L.M.V.F., E.H.C., W.O.G., J.C.C.B., P.A.S.G., J.M.R., E.A.F.F., D.A.E.F., O.B., J.A.A.L., O.E.F., and E.R.J., <br><br> PLAINTIFFS, <br><br> v. <br><br> UNITED STATES OF AMERICA; BELINDA LEAL, *in her personal and official capacities*; LESVIA MONREAL, *in her personal and official capacities*; EFRAEN GARCIA, *in his personal and official capacities*; MAGGIE GAYTAN, *in her personal and official capacities*; HECTOR AMAYA, *in his personal and official capacities*; ROBERT GARZA, *in his personal and official capacities*; RUBEN VELASQUEZ, *in his personal and official capacities*; AWAY FROM HOME, INC., d/b/a TEXAS SHELTERED CARE AND SOUTHWEST INITIATIVES; G. DON RAINS, *in his personal and official capacities*; TSEGAYE WOLDE, *in his personal and official capacities*; JOSE GONZALEZ, *in his personal and official capacities*; JAMES DE LA CRUZ, *in his personal and official capacities*; JOSE MUNGIA, *in his personal and official capacities*; MARTHA E. NEWTON, *in her personal and official capacities*; MAUREEN DUNN, *in her personal and official capacities*; SUSAN ORTIZ-ANG, *in her personal and official capacities*; JAMES ORR, *in his official and personal capacities*; MARC MOORE, *in his personal and official capacities*; CAREY COCKERELL, *in his personal and official capacities*; DIANNA SPISER, *in her personal and official capacities*; and JOYCE JAMES, *in her personal and official capacities,* <br><br> DEFENDANTS. | Civil Action No.: SA-08-CA-124-XR |

DEFENDANT, AWAY FROM HOME, INC.'S RULE 7.1 DISCLOSURES
Civil Action No.: SA-08-CA-124-XR

## DEFENDANT, AWAY FROM HOME, INC., d/b/a TEXAS SHELTERED CARE AND SOUTHWEST INITIATIVES - RULE 7.1 DISCLOSURE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

DEFENDANT, AWAY FROM HOME, INC., d/b/a TEXAS SHELTERED CARE and SOUTHWEST INITIATIVES, files this disclosure pursuant to Rule 7.1, Federal Rules of Civil Procedure, and states that:

- There is no parent corporation or any publicly held corporation which owns ten-percent (10%) or more of its stock.

Respectfully submitted,

COKINOS, BOSIEN & YOUNG
10999 IH 10 West, Suite 800
San Antonio, Texas 78230
(210) 293-8700
(210) 293-8733 FAX

By  /s/ Stephanie O'Rourke
STEPHANIE O'ROURKE
State Bar No. 15310800

ATTORNEYS FOR DEFENDANT
AWAY FROM HOME, INC.

## CERTIFICATE OF SERVICE

I certify that DEFENDANT, AWAY FROM HOME, INC., d/b/a TEXAS SHELTERED CARE AND SOUTHWEST INITIATIVES RULE 7.1 DISCLOSURE has been sent VIA the Court's CM/ECF system to the following counsel on the 15th day of November 2011, to:

ATTORNEYS FOR PLAINTIFFS

Jennifer K. Harbury
TEXAS RIO GRANDE LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, Texas 78596

Susan L. Watson
TEXAS RIO GRANDE LEGAL AID, INC.
311 Plus Park, Suite 13 5
Nashville, TN 37217

Jose Garza
Attorney at Law
Judith Sanders-Castro
TEXAS RIO GRANDE LEGAL AID, INC.
1111 N. Main Street
San Antonio, Texas 78212

Kevin Lashus
Tindal & Foster
100 Congress Avenue - Suite 1500
Austin, Texas 78701-2751

Stephanie Welch
TEXAS RIO GRANDE LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, Texas 78596

ATTORNEYS FOR DEFENDANTS UNITED STATES OF AMERICA, JAMES DE LA CRUZ, MAUREEN DUNN, JOSE GONZALEZ, MARC MOORE, JOSE MUNGIA, MARTHA E. NEWTON, JAMES ORR, SUSANA ORTIZ-ANG, TSEGAYE WOLDE

Glenn S. Greene
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 7146
Benjamin Franklin Station
Washington, D.C. 20044

Aaron David Nelson
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Arthur La Verne Rizer
United States Department of Justice
450 5th Street
Washington, DC 20530

Dimitri Narciso Rocha
U.S. Attorney's Office
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

Laura Katherine Smith
U.S. Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044-6663

ATTORNEYS FOR BELINDA LEAL

James Perschback
BRACEWELL AND GIULIANI
106 S. St. Mary's St.
San Antonio, Texas 78205

/s/ Stephanie O'Rourke
STEPHANIE O'ROURKE